**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| Michael Burke,<br><br>　　　　　　Plaintiff,<br>　v.<br>Compass Bank,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:  3:17-cv-00368<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 27, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  _/s/ Jenny DeFrancisco_____

　　　　　　　　　　　　　　　　　　　　Jenny DeFrancisco, Esq.
　　　　　　　　　　　　　　　　　　　　CT Bar No.: 432383
　　　　　　　　　　　　　　　　　　　　LEMBERG LAW LLC
　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　　E-mail: jdefrancisco@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By __*/s/ Jenny DeFrancisco*_____
                                                     Jenny DeFrancisco, Esq.