UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-368 |
| | § | |
| COMPASS BANK, | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Dkt. 8.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims asserted in this matter, unless any party represents in writing filed with the Court on or before **April 27, 2018** that the settlement could not be completely documented.

SIGNED at Galveston, Texas, this 27th day of February, 2018.

_____
George C. Hanks Jr.
United States District Judge