# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| Michael Burke,         §<br>                       §<br>        *Plaintiff*  §<br>                       §<br>v.                     §   Civil Action No. 3:17-cv-368<br>                       §<br>Compass Bank,          §<br>                       §<br>        *Defendant* §  | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Michael Burke and Defendant Compass Bank, by and through their respective undersigned counsel of record, and hereby jointly stipulate and move, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for an order providing that all claims in this case be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully, submitted this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

HIRSCH & WESTHEIMER, P.C.

By: _/s/William P. Huttenbach_____
    William P. Huttenbach
    State Bar No. 24002330
    Joseph R. Anderson
    State Bar No. 24101446
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9184 WPH Direct
    (713) 220-9151 JRA Direct
    (713) 223-5181 Main
    (713) 223-9319 Fax
    Email: phuttenbach@hirschwest.com
    Email: janderson@hirschwest.com

**ATTORNEYS FOR COMPASS BANK**


LEMBERLAW, LLC


By:/*s/ Jenny Diane DeFrancisco (by permission)*
    Jenny Diane DeFrancisco
    43 Danbury Road, 3rd Fl
    Wilton, CT  06897
    203-653-2250
    jdefrancisco@lemberglaw.com

**ATTORNEY FOR MICHAEL BURKE**

2