UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-368 |
| | § | |
| COMPASS BANK, | § | |
| | § | |
| Defendant. | § | |

**FINAL DISMISSAL ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. Dkt. 10. Upon consideration of the stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and attorney's fees.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 20th day of April, 2018.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge